IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINIAL DOCKET NO. 3:11-CR-353-MOC-DCK-1

| | |
|---|---|
| USA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILDEFONSO MADRID FLORES, )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Defendant's "Motion to Withdraw Document" (Document No. 92) filed January 15, 2013, seeking to withdraw his "Motion to Seal" (Document No. 91). Having carefully considered the motion, the record, and applicable authority, the undersigned will grant the motion.

**IT IS, THEREFORE ORDERED** that "Motion to Withdraw Document" (Document no. 92) is **GRANTED.**

**IT IS, FURTHER ORDERED** that Document No. 91 is **DENIED** as **MOOT**.

Signed: January 16, 2013

David C. Keesler
United States Magistrate Judge